```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JASON WIMBERLY,                                             :
                                                            :
                                Plaintiff,                  :
                                                            :            20-cv-1547 (VSB)
                -against-                                   :
                                                            :                 **ORDER**
RED POINTS SOLUTIONS, INC.,                                 :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On March 19 and 27, 2020, I held telephone conferences in connection with Plaintiff's request for a temporary restraining order and preliminary injunction. (*See* Docs. 6–8, 16.) For the reasons stated on the record, it is hereby:

ORDERED that Plaintiff's request for a temporary restraining order and his request for a preliminary injunction are DENIED.

To the extent that Plaintiff intends to proceed with this action, he is advised that on April 1, 2020, Chief United States District Judge Colleen McMahon issued a standing order, 20-mc-179 , that temporarily authorizes e-mail filing for pro se litigants, in light of the current national public health emergency. Plaintiff is directed to that standing order, annexed to this Order, for further information on the proper procedure for e-mail filing.

SO ORDERED.

Dated: April 2, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

20mc179
Judge Colleen McMahon

IN RE: CORONAVIRUS/COVID-19 PANDEMIC

THIS MATTER RELATES TO:
Temporary Provision for Pro Se Litigants
to File by Email

M10-468

STANDING ORDER

WHEREAS in response to the coronavirus/COVID-19 pandemic, the President of the United States has declared a national emergency and the Governor of New York has banned mass gatherings and ordered other restrictive measures throughout the state, and in order to protect the health of the public and staff while continuing court operations, it is hereby

ORDERED effective April 2, 2020, and until further order of the Court, the court will accept filings via email from self-represented, or "pro se," litigants without electronic filing privileges. Filings by pro se litigants submitted by email must be sent to Temporary_Pro_Se_Filing@nysd.uscourts.gov, and done in accordance with the procedures found in the April 1, 2020 Addendum to the court's ECF Rules & Instructions (attached).

Pro se parties with an email address are strongly encouraged to consent to receiving electronic service of case activity through notifications sent by email from the court's Electronic Case Filing (ECF) system by submitting the Consent to Electronic Service form (attached).

Pro se parties who do not have electronic filing privileges or who are unable to send documents by email may continue to submit documents by regular mail or through the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, or the U.S. Courthouse at 300 Quarropas Street, White Plains, NY.

SO ORDERED.

Dated:  April 1, 2020
        New York, NY

_____
COLLEEN McMAHON
Chief United States District Judge