UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON WIMBERLY,

               Plaintiff,

      v.

RED POINTS SOLUTIONS, INC.,

               Defendant.

------------------------------------------------------------X

Case No. 20-CV-1547(VSB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that this action be and is hereby withdrawn, discontinued and dismissed with prejudice against Red Points Solutions, Inc., without costs or attorneys' fees against any party.

Dated: New York, New York
May 26, 2020

JASON WIMBERLY

By: _____
Jason Wimberly
231 East 117th Street
Apt. 5D
Tel. (646)-883-2581
jasonwimberly7@gmail.com

*Plaintiff Pro Se*

Dated: New York, New York
May 27, 2020

FISHER & PHILLIPS LLP

By: _____
Justin W. Reiter
The New York Times Building
620 Eighth Avenue, 36th Floor
New York, NY 10018
Tel. (212) 899-9960
jreiter@fisherphillips.com

*Attorneys for Defendant*